FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Girard LeBrun <br><br> Defendant. | Case No. SA 07-281 DOC <br> CR 07- <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A. (✓) the appearance of the defendant as required; and/or

B. (✓) the safety of any person or the community.

1    The Court concludes that :

2  A.  (X)  Defendant failed to present clear and convincing evidence to
3         establish that Defendant is not a risk of flight because:
4         Allegation of Misleading USPo
5         _____
6         _____
7         _____

9  B.  (X)  Defendant failed to present clear and convincing evidence to
10        establish that Defendant does not pose a risk to the safety of other
11        persons or the community because:
12        Allegation of Treatment Failure
13        _____
14        _____
15        _____

17   IT IS ORDERED that defendant be detained.

19   DATE: Aug 16, 2013

21           HON. MICHAEL R. WILNER
             UNITED STATES MAGISTRATE JUDGE