FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA CR 07-0281-DOC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Girard Paul LeBlond, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Calif. for alleged violation(s) of the terms and conditions of [his]/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met [his]/her burden of establishing by clear and convincing evidence that [he]/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on history of noncompliance with supervised release,

unknown bail resources and recent background

and/or

B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: present allegations, apparent ongoing criminal conduct, misrepresentations to probation officer

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/25/14

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2